(January 31, 1983)

■ In the Matter of the Estate of ROSE F. MAZZEO, Deceased. JOSEPH MAZZEO, Appellant; EVELYN BALL, Respondent. — Appeal dismissed, without costs, unless appellant shall file and serve record and brief on or before March 7, 1983, in which event motion denied. Application for permission to amend notice of appeal granted, without costs (see CPLR 5520, subd [c]). Motions in all other respects denied, without costs.